# United States District Court
## Northern District of New York

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: 1:07-CV-0397 (NAM)(RFT)

**SHARON CRAWFORD**

- v -

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

[ ]   Jury verdict.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[xx]   Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is dismissed for plaintiff's failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (ii); in accordance with the Order of the Honorable Norman A. Mordue, Chief United States District Judge, filed May 8, 2007.

July 16, 2007
DATE

*Lawrence K. Baerman*
Clerk of Court

C. Mergenthaler
(BY)  DEPUTY CLERK

Entered and served on    July 16, 2007